**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 14-61777-CIV-BLOOM/VALLE**

**VALORIE PARKER**,

Plaintiff,

vs.

**BANK OF AMERICA CORPORATION**,
*c/o The Corporation Trust Company*, *et al.*,

Defendants.
_______________________________/

# ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on August 5, 2014, and to date, there is no indication in the court file that Defendants have been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **December 3, 2014**, Plaintiff shall perfect service upon the Defendants or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by December 3rd will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 27th of October, 2014.

_______________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record